# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

AARON PAYNE,

      Plaintiff,

    v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES,

      Defendant.

Case No. 17-cv-06720-JST (PR)

**ORDER OF DISMISSAL**

On November 21, 2017, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 28, 2018, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action.

Plaintiff filed a motion for an extension of time in which to file his amended complaint. The Court granted the motion and ordered plaintiff to file an amended complaint no later than June 1, 2018. Plaintiff then filed a second motion for an extension, which the Court again granted, giving plaintiff until July 25, 2018 to file his amended complaint. To date, plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: August 23, 2018

_____
JON S. TIGAR
United States District Judge